

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00163-CV

| | | |
|---|---|---|
| CLAUDIA A. BRADY, Appellant and Appellee | § | On Appeal from the 233rd District Court |
| | § | of Tarrant County (233-724980-22) |
| V. | § | February 15, 2024 |
| GREGORY A. BRADY AND ONE NETWORK ENTERPRISES, INC., Appellees and Appellants | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the portion of the trial court's judgment that deletes the conditional trial attorney's fees awarded by the arbitrator is reversed and we render a judgment for $50,000 in conditional trial court attorney's fees that the arbitrator authorized for Gregory A. Brady and One Network

Enterprises, Inc. We affirm the remainder of the judgment confirming the arbitration award.

It is further ordered that Claudia A. Brady shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth